# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES,** <br><br> vs. <br><br> **ABDUR R. MAHDI.** | No. 01-Cr.- 396-01 <br> Judge: Ellen Segal Huvelle |

## PRAECIPE

Please enter the appearance of undersigned counsel Robert S. Becker as attorney for Defendant Abdur R. Mahdi in the above-captioned case

                                                Respectfully submitted,

                                                Robert S. Becker, Esq.
                                                D.C. Bar No. 370482
                                                PMB #155
                                                5614 Connecticut Avenue, N.W.
                                                Washington, D.C. 20015
                                                (202) 364-8013
                                                Attorney for Abdur R. Mahdi
                                                (*Appointed by the Court*)

## CERTIFICATE OF SERVICE

I, Robert S. Becker, counsel for Abdur R. Mahdi, certify on December 9, 2013 that all counsel in this case are registered users of the Court's CM/ECF system and will receive service electronically.

                                                Robert S. Becker